Casey Roberts (SBN 253474)
SIERRA CLUB ENVIRONMENTAL LAW
  PROGRAM
1536 Wynkoop Street, Suite 200
Denver, CO 80202
Telephone: (303) 454-3355
Fax: (303) 572-0032
casey.roberts@sierraclub.org

Nathan Matthews (SBN 264248)
SIERRA CLUB ENVIRONMENTAL LAW
  PROGRAM
2101 Webster Street, Suite 1300
Oakland, CA 94612
Telephone: (415) 977-5695
Fax: (510) 208-3140
nathan.matthews@sierraclub.org
Counsel for Plaintiff Sierra Club

Benjamin Michael Levitan (pro hac vice)
ENVIRONMENTAL DEFENSE FUND
1875 Connecticut Avenue, N.W. Suite 600
Washington, DC 20009
Telephone: (202) 572-3318
Fax: (202) 234-6049
blevitan@edf.org
Counsel for Plaintiff Environmental Defense
Fund

DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
J. WESLEY SAMPLES (CABN 321845)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
wes.samples@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB and ENVIRONMENTAL DEFENSE FUND,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF ENERGY,<br><br>    Defendant. | Case No. 3:18-cv-04715-TSH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ATTORNEYS' FEES AND COSTS SETTLEMENT** |

## STIPULATION

WHEREAS, the parties have negotiated a settlement of the attorneys' fees and costs issue;

IT IS HEREBY STIPULATED, by the parties to the action, through their counsel of record that:

1. "[T]he parties have [previously] resolved their FOIA dispute [such that only] Plaintiffs' claims for attorney's fees and costs" remained to be resolved. Dkt. No. 49 at 3:8-9.

2. The parties have now also resolved Plaintiffs' claims for attorney's fees and costs.

3. Defendant will pay Plaintiff Sierra Club $21,624.00 to resolve any and all claims for attorneys' fees and costs in this action.

4. Defendant will pay Plaintiff Environmental Defense Fund $18,376.00 to resolve any and all claims for attorneys' fees and costs in this action.

5. Within five days of the completion of the latter of the aforementioned payments, the Defendant and Plaintiffs shall jointly file a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED: March 10, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ J. Wesley Samples*
J. WESLEY SAMPLES
Assistant United States Attorney

Attorneys for Defendant

DATED: March 10, 2020

Respectfully submitted,

*/s/ Casey Roberts\**
Casey Roberts (SBN 253474)
SIERRA CLUB ENVIRONMENTAL LAW
  PROGRAM
1536 Wynkoop Street, Suite 200
Denver, CO 80202
Telephone: (303) 454-3355
Fax: (303) 572-0032
casey.roberts@sierraclub.org

Nathan Matthews (SBN 264248)
SIERRA CLUB ENVIRONMENTAL LAW
  PROGRAM
2101 Webster Street, Suite 1300
Oakland, CA 94612
Telephone: (415) 977-5695
Fax: (510) 208-3140
nathan.matthews@sierraclub.org
Counsel for Plaintiff Sierra Club

*/s/ Benjamin Michael Levitan\**
Benjamin Michael Levitan (pro hac vice)
ENVIRONMENTAL DEFENSE FUND
1875 Connecticut Avenue, N.W. Suite 600
Washington, DC 20009
Telephone: (202) 572-3318
Fax: (202) 234-6049
blevitan@edf.org
Counsel for Plaintiff Environmental Defense Fund

*\* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

STIP. AND [PROPOSED] ORDER RE ATTORNEYS' FEES AND COSTS SETTLEMENT
CASE NO. 3:18-CV-04715-TSH                 2

**[PROPOSED] ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE THOMAS S. HIXSON