Casey Roberts (SBN 253474)
SIERRA CLUB ENVIRONMENTAL LAW
 PROGRAM
1536 Wynkoop Street, Suite 200
Denver, CO 80202
Telephone: (303) 454-3355
Fax: (303) 572-0032
casey.roberts@sierraclub.org

Nathan Matthews (SBN 264248)
SIERRA CLUB ENVIRONMENTAL LAW
 PROGRAM
2101 Webster Street, Suite 1300
Oakland, CA 94612
Telephone: (415) 977-5695
Fax: (510) 208-3140
nathan.matthews@sierraclub.org
Counsel for Plaintiff Sierra Club

Benjamin Michael Levitan (pro hac vice)
ENVIRONMENTAL DEFENSE FUND
1875 Connecticut Avenue, N.W. Suite 600
Washington, DC 20009
Telephone: (202) 572-3318
Fax: (202) 234-6049
blevitan@edf.org
Counsel for Plaintiff Environmental Defense
Fund

DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
J. WESLEY SAMPLES (CABN 321845)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
wes.samples@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB and ENVIRONMENTAL DEFENSE FUND,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF ENERGY,<br><br>   Defendant. | Case No. 3:18-cv-04715-TSH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

It is hereby stipulated by and between Plaintiffs the Sierra Club and the Environmental Defense Fund, and Defendant the United States Department of Energy, by and through their respective attorneys, as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendant hereby stipulate to dismiss with prejudice the above-captioned action pursuant to the previously-filed Stipulation And Order Regarding Attorneys' Fees And Costs Settlement.

| | |
|---|---|
| DATED: May 11, 2020 | Respectfully submitted, |
| | DAVID L. ANDERSON<br>United States Attorney |
| | */s/ J. Wesley Samples*<br>J. WESLEY SAMPLES<br>Assistant United States Attorney |
| | Attorneys for Defendant |
| DATED: May 11, 2020 | Respectfully submitted, |
| | */s/ Casey Roberts\**<br>Casey Roberts (SBN 253474)<br>SIERRA CLUB ENVIRONMENTAL LAW PROGRAM<br>1536 Wynkoop Street, Suite 200<br>Denver, CO 80202<br>Telephone: (303) 454-3355<br>Fax: (303) 572-0032<br>casey.roberts@sierraclub.org |
| | Nathan Matthews (SBN 264248)<br>SIERRA CLUB ENVIRONMENTAL LAW PROGRAM<br>2101 Webster Street, Suite 1300<br>Oakland, CA 94612<br>Telephone: (415) 977-5695<br>Fax: (510) 208-3140<br>nathan.matthews@sierraclub.org |
| | Counsel for Plaintiff Sierra Club |
| | */s/ Benjamin Michael Levitan\**<br>Benjamin Michael Levitan (pro hac vice)<br>ENVIRONMENTAL DEFENSE FUND<br>1875 Connecticut Avenue, N.W. Suite 600<br>Washington, DC 20009<br>Telephone: (202) 572-3318<br>Fax: (202) 234-6049<br>blevitan@edf.org |
| | Counsel for Plaintiff Environmental Defense Fund |

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. 3:18-CV-04715-TSH                    2